JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JONES, an Individual, Individually and on behalf of, all other similarly situated and the general public,<br><br>PLAINTIFF,<br><br>v.<br><br>AB ACQUISITION LLC, a Delaware limited liability company; NEW ALBERTSON'S, INC., an Ohio corporation; ALBERTSON'S LLC, a Delaware limited liability company; and DOES 1 thru 50, inclusive,<br><br>DEFENDANTS. | Case No. CV 14-8535 DSF (JEMx)<br><br>**JUDGMENT**<br><br>Action Filed:     July 7, 2014<br>Action Removed: August 7, 2014<br>Trial Date:        July 19, 2016 |

1  The pleadings, evidence, prior rulings, and issues having been fully considered,
2  and based on the Joint Stipulation Requesting Entry of Summary Judgment filed by
3  plaintiff Charles Jones ("Jones") and defendants AB Acquisition LLC, New Albertson's,
4  Inc., and Albertson's LLC (collectively, "Albertson's"), the Court accepts the parties'
5  representation that its ruling on Albertson's Motion for Partial Summary Judgment
6  forecloses the only theories of liability that Jones intended to pursue at trial, and
7  therefore the Court enters summary judgment in favor of Albertson's on all claims.
8  IT IS THEREFORE ORDERED AND ADJUDGED that Jones take nothing, and
9  that the action be dismissed with prejudice.

Dated:  6/13/16                        By *Dale S. Fischer*
                                           Hon. Dale S. Fischer
                                           United States District Judge